Fill in this information to identify the case:

United States Bankruptcy Court for the:

_Eastern_    District of _New York_
                        (State)

Case number (if known): _____  Chapter ____

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. Debtor's name | *The Carlyle Group LLC* |
| 2. All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as* names | |
| 3. Debtor's federal Employer Identification Number (EIN) | *74-3232364* |

4. Debtor's address

Principal place of business

*308 Pleasantview ct.*
Number    Street

*Copiague      NY  11726*
City            State   ZIP Code

*Suffolk*
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City            State   ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City            State   ZIP Code

5. Debtor's website (URL)

6. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy

Debtor _The Carlyle Group LLC_
      Name                                          Case number (if known) _____

7. **Describe debtor's business**
   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ☐ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☑ Chapter 7

   ☐ Chapter 9

   ☐ Chapter 11. *Check all that apply:*

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No

   ☐ Yes.  District _____  When _____  Case number _____
                                    MM / DD / YYYY

         District _____  When _____  Case number _____
                                    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

   List all cases. If more than 1, attach a separate list.

   ☑ No

   ☐ Yes.  Debtor _____  Relationship _____

         District _____  When _____

         Case number, if known _____        MM / DD / YYYY

Debtor _The Carlyle Group LLC_

Name

Case number (if known) _____

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

_____

Number          Street

_____

City                                    State      ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 3

Debtor    _Tha Carlyle Group LLC_
          Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☑ $50,001-$100,000
- ☑ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☐ I have been authorized to file this petition on behalf of the debtor.
- ☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/29/2023
             MM / DD / YYYY

✗ _Daysha Emanuel_                     _Daysha Emanuel_
Signature of authorized representative of debtor    Printed name

Title  _Secretary_

**18. Signature of attorney**

✗ _____    Date _____
Signature of attorney for debtor            MM / DD / YYYY

Printed name _____

Firm name _____

Number        Street _____

City _____    State _____  ZIP Code _____

Contact phone _____    Email address _____

Bar number _____    State _____

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re: *The Carlyle Group LLC.*

Case No.
Chapter *7*

Debtor(s)
-----------------------------------------------------------x

## DECLARATION OF PRO SE DEBTOR(S)

All individuals filing for bankruptcy pro se (without an attorney), must provide the following information:

Name of Debtor(s): *The Carlyle Group LLC.*
Address: *308 Pleasantview ct. Copiague NY 11726*
Email Address: *thecarlylagroup29@gmail.com*
Phone Number: *404-668-9839*

CHECK THE APPROPRIATE RESPONSES:

### FILING FEE:

  X  PAID THE FILING FEE IN FULL.

_____ APPLIED FOR INSTALLMENT PAYMENTS OR WAIVER OF THE FILING FEE

PREVIOUS CASES FILED: 1. *8-22-70835*  2. _____  3. _____

### ASSISTANCE WITH PAPERWORK:

  X  NO ASSISTANCE WITH PREPARATION OF/FILING PETITION AND SCHEDULES

_____ HAD ASSISTANCE WITH PREPARATION OF/FILING PETITION AND SCHEDULES

If Debtor had assistance, the following information must be completed:

Name of individual who assisted: _____

Address: _____

Phone Number: (_____) _____

Amount Paid for Assistance: $ _____

I/We hereby declare the information above under the penalty of perjury.

Dated: *3/29/2023*

_____
Debtor's Signature

_____
Joint Debtor's Signature

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
### www.nyeb.uscourts.gov

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): *The Carlyle Group LLC*  CASE NO.: _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☑ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: *8-22-70835*  JUDGE: *Alan S. Trust*  DISTRICT/DIVISION: *Eastern NY*

CASE STILL PENDING: (YES/NO): *NO*  [If closed] Date of closing: *09/22/2022*

CURRENT STATUS OF RELATED CASE: *dismissed*
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above): *Same debtor*

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES: *308 Pleasantview ct. Copiague, NY 11726*

2. CASE NO.: _____  JUDGE: _____  DISTRICT/DIVISION: _____

CASE STILL PENDING: (YES/NO): _____  [If closed] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES: _____

DISCLOSURE OF RELATED CASES (cont'd)

3.  CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE STILL PENDING: (YES/NO): _____    *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES:  _____
_____
_____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): _____

CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.


_____
Signature of Debtor's Attorney

*Dayshe Enu*
Signature of Pro-se Debtor/Petitioner

*308 Pleasantview court*
Mailing Address of Debtor/Petitioner

*Copiague, ny    11726*
City, State, Zip Code

*thecarlylegroup29@gmail.com*
Email Address

*404.668.9839*
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

Fill in this information to identify the case and this filing:

Debtor Name _The Carlyle Group LLC_

United States Bankruptcy Court for the: _Eastern_ District of _NY_
(State)

Case number (if known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _3/29/2023_
MM / DD / YYYY

X _Daryl Greer_
Signature of individual signing on behalf of debtor

_Carlton Gregory_
Printed name

_President_
Position or relationship to debtor

Official Form 202       Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name _The Carlyle Group LLC_

United States Bankruptcy Court for the: _Eastern_ District of _NY_
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible.                                    12/15

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1 Creditor's name**
_F.N.M.A._

Describe debtor's property that is subject to a lien
_Single Family Residence_      $ _700,000-_      $ _275,000_

**Creditor's mailing address**
_780 Third Ave 30th Fl._
_New York, NY 10001_

Describe the lien
_____

**Creditor's email address, if known**
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____
**Last 4 digits of account number** _1 3 7 2_

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Creditor's name**
_____

Describe debtor's property that is subject to a lien
_____      $ _____      $ _____

**Creditor's mailing address**
_____
_____

Describe the lien
_____

**Creditor's email address, if known**
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    ☐ Yes. The relative priority of creditors is specified on lines ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $ _700,000-_

Official Form 206D              Schedule D: Creditors Who Have Claims Secured by Property              page 1 of ___

| **Part 1:** | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

---

**2.__** Creditor's name

_____

Creditor's mailing address

_____
_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____
_____
$_____   $_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__** Creditor's name

_____

Creditor's mailing address

_____
_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____
_____
$_____   $_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property     page ___ of ___

Debtor _The Carlyle Group LLC_
Name

Case number (if known) _____

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Form 206D            Official Part 2 of Schedule D: Creditors Who Have Claims Secured by Property            page ___ of ___

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In Re: *Tha Carlyle Group LLC.*

Case No.

Chapter 7

Debtor(s)

-------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated:

_____
Debtor

_____
Joint Debtor

s/_____
Attorney for Debtor

USBC-44                                                         Rev. 11/15

F.N.M.A.
780 Third Ave
30th Floor
New York, NY 10001

# ARTICLES OF ORGANIZATION
## DOMESTIC LIMITED LIABILITY COMPANY
Office of the Secretary of the State

30 Trinity Street / P.O. Box 150470 / Hartford, CT 06115-0470 / Rev. 10/01/2004

*See reverse for instructions*

| Space For Office Use Only | Filing Fee: $60.00 |
|---|---|
| | 7)66417 |

Please contact the Department of Revenue Services or your tax advisor as to any potential tax liability relating to your business.

**1. NAME OF THE LIMITED LIABILITY COMPANY**

The Carlyle Group, LLC

**2. NATURE OF BUSINESS TO BE TRANSACTED OR THE PURPOSES TO BE PROMOTED**

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be former under the Connecticut Limited Liability Company Act.

**3. PRINCIPAL OFFICE ADDRESS** (See instructions for further details.)

81 Wolcott Hill Road
Wethersfield, CT 06109

**4. APPOINTMENT OF STATUTORY AGENT FOR SERVICE OF PROCESS**

| Name of agent | Business address (P.O. Box is not acceptable) |
|---|---|
| Glenn T. Terk | 81 Wolcott Hill Road<br>Wethersfield, CT 06109 |
| | Residence address (P.O. Box is not acceptable) |
| | 445 Old Reservoir Road<br>Wethersfield, CT 06109 |

Acceptance of appointment

_____
Signature of agent

**5. MANAGEMENT**

(Place a check mark next to the following statement *only* if it applies)

____ The management of the limited liability company shall be vested in one or more managers.

**6. MANAGER(S) OR MEMBER(S) INFORMATION**

| Name | Title | Business Address | Residence Address |
|---|---|---|---|
| Carlton Gregory | Member | 81 Wolcott Hill Road<br>Wethersfield, CT 06109 | 4875 Riversound Drive<br>Snellville, GA 30039 |

**7. EXECUTION**

| Glenn T. Terk | |
|---|---|
| Print or type name of organizer | Signature |

Reference an 8 ½ x 11 attachment if additional space is required

**ARTICLES OF INCORPORATION**
**OF**
**THE CARLYLE GROUP, LLC**

FILED BY:

Carlton Gregory
81 Wolcott Hill Road
Wethersfield, CT 06109

**CUSTOMER REFERENCE:**

### CERTIFICATE OF
### DIRECTOR'S ACTION
### OF
### THE CARLYLE GROUP, LLC

The undersigned, being all directors of the Corporation, herby adopt the following resolutions:

RESOLVED, that the undersigned are willing to serve as directors and accept their appointment as such.

RESOLVED, that the directors acknowledge that the certificate of incorporation was filed with the department of state and that a copy of certificate of incorporation and the filing receipt issued by the department of state annexed hereto.

RESOLVED, that the by-laws in form adopted by the incorporator(s) and annexed to these minutes shall be the by-laws of the corporation.

RESOLVED, that the following are elected officers of the Corporation to serve in accordance with the by-laws

      President- Carlton Gregory
      Vice President- Debbie O. Jackson
      Secretary- Daysha Emanuel
      Treasurer- Carlton Gregory

RESOLVED, that the treasurer of the Corporation be and herby is authorized to pay all charges and expenses incident to or arising out of the organization of the Corporation and to reimburse any person who has made disbursement therefore.

RESOLVED, that for the purpose of authorizing the Corporation to do business in any state, territory or dependency in the United States or any foreign country in which it is necessary or expediency in the United States or any foreign country in which it is necessary or expedient for this Corporation  to transact business the proper officers of the Corporation are hereby authorized to appoint and substitute all necessary agents or attorneys for service of process, to designate and change the location of all necessary statutory offices and, under the corporate seal, to make and file all necessary certificates, reports, power of attorney and other instruments as may be required by laws of such state, territory, dependency or country to authorize the Corporation to transact business therein.

RESOLED, that the form of certificate for shares of the Corporation shall be in the form of the specimen certificate annexed hereto.

RESOLVED, that the shares of the Corporation are to be issued as follows:

| Number | Name | Consideration |
|--------|------|---------------|
| 1 | Carlton Gregory | 100 |
| 1 | Debbie O. Jackson | 50 |
| 1 | Daysha Emanuel | 50 |

RESOLVED, that upon the receipt of payment for shares, the officers shall issue certificates representing such shares and, as to common shares without par value, the amount of $1.00 per share shall be allocated to stated capital and the balance of the consideration received shall be allocated to surplus.

RESOLVED, that upon receipt of *services or property with an agreed value equal to payments equal to* the stated capital of such shares, the officers shall issue certificates representing such shares.

RESOLVED, that any shares of the Corporation which are issued in consideration of a binding obligation to pay the purchase price or subscription price in cash or other property or a binding obligation to perform services, shall be held by the Corporation in escrow until the obligation is performed in full accordance with an escrow agreement annexed hereto; and that the Corporation shall credit any distributions in respect of such shares held in escrow against any unperformed obligations.

RESOLVED, that upon written consent of all shareholders, the officers are authorized, but not directed, to execute and file with the Internal Revenue Service an election of the Corporation to be treated as a "small business corporation" under the provisions of Subchapter S of Chapter 1 of the Internal Revenue Code.

RESOLVED, that the fiscal year of the Corporation shall end on the last day of the month in each year.

RESOLVED, that the principal office of the Corporation be established at

81 Wolcott Hill Road
Wethersfield, CT 06109

IN WITNESS WHEREOF, the undersigned has subscribed this certificate and hereby affirms the foregoing as true under the penalties of perjury.

Dated: October 01, 2004

Carlton Gregory
THE CARLYLE GROUP, LLC
81 Wolcott Hill Road
Wethersfield, CT 06109

SECRETARY OF THE STATE
30 TRINITY STREET
P.O. BOX 150470
HARTFORD, CT   06115-0470

AUGUST 17, 2007

GLENN T TERK
81 WOLCOTT HILL RD
WETHERSFIELD, CT 06109

RE: Acceptance of Business Filing

This letter is to confirm the acceptance of the following business
filing:

Business Name:
THE CARLYLE GROUP, LLC

Work Order Number: 2007199614-001
Business Filing Number: 0003516164
Type of Request: ARTICLES OF ORGANIZATION
File Date/Time: AUG 16 2007  08:30 AM
Effective Date/Time:
Work Order Payment Received: 60.00
Payment Received: 60.00
Credit on Account: .00
Customer Id: 001484472
Business Id: 0909603

VANESSA MCGUIRE
Commercial Recording Division
860-509-6003
WWW.CONCORD.SOTS.CT.GOV

BUSINESS FILING REPORT

WORK ORDER NUMBER:2007199614-001
BUSINESS FILING NUMBER: 0003516164

BUSINESS NAME:

THE CARLYLE GROUP, LLC

BUSINESS LOCATION:

81 WOLCOTT HILL ROAD
WETHERSFIELD,CT 06109

MEMBER INFORMATION FOR ONE MEMBER:

NAME:CARLTON GREGORY
TITLE:MEMBER

** END OF REPORT **

X

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA PA 19255-0023

Date of this notice: 09-26-2007

Employer Identification Number:
74-3232364

000699.374577.0004.001 1 MB 0.360 532
[barcode/mailing text]

Form: SS-4

Number of this notice: CP 575 E

THE CARLYLE GROUP LLC
CARLTON G GREGORY SOLE MBR
PO BOX 30574
ELMONT NY 11003

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

99

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 74-3232364. This EIN will identify your business account, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, please use the label we provided. If this isn't possible, it is very important that you use your EIN and complete name and address exactly as shown above on all federal tax forms, payments and related correspondence. Any variation may cause a delay in processing, result in incorrect information in your account or even cause you to be assigned more than one EIN. If the information isn't correct as shown above, please correct it using tear off stub from this notice and return it to us so we can correct your account.

To receive a ruling or a determination letter recognizing your organization as tax exempt, you should complete Form 1023 or Form 1024, Application for Recognition of Exemption and send to:

Internal Revenue Service
PO Box 192
Covington, KY 41012-0192

Publication 557, Tax Exempt for Your Organization, is available at most IRS offices or you can download this Publication from our Web site at www.irs.gov. This Publication has details on how you can apply.

IMPORTANT REMINDERS:

* Keep a copy of this notice in your permanent records.

* Use this EIN and your name exactly as they appear above on all your federal tax forms.

* Refer to this EIN on your tax related correspondence and documents.

If you have questions, you can call or write to us at the phone number or address at the top of the first page of this notice. If you write, please tear off the stub at the end of this notice and send it along with your letter. Thank you for your cooperation.

SECRETARY OF THE STATE
30 TRINITY STREET
P.O. BOX 150470
HARTFORD, CT   06115-0470

AUGUST 17,2007

GLENN T TERK
81 WOLCOTT HILL RD
WETHERSFIELD, CT 06109


RE: Acceptance of Business Filing

This letter is to confirm the acceptance of the following business
filing:

Business Name:
THE CARLYLE GROUP, LLC

Work Order Number: 2007199614-001
Business Filing Number: 0003516164
Type of Request: ARTICLES OF ORGANIZATION
File Date/Time: AUG 16 2007  08:30 AM
Effective Date/Time:
Work Order Payment Received: 60.00
Payment Received: 60.00
Credit on Account: .00
Customer Id: 001484472
Business Id: 0909603


VANESSA MCGUIRE
Commercial Recording Division
860-509-6003
WWW.CONCORD.SOTS.CT.GOV

BUSINESS FILING REPORT

WORK ORDER NUMBER:2007199614-001
BUSINESS FILING NUMBER: 0003516164

BUSINESS NAME:

THE CARLYLE GROUP, LLC

BUSINESS LOCATION:

81 WOLCOTT HILL ROAD
WETHERSFIELD,CT 06109

MEMBER INFORMATION FOR ONE MEMBER:

NAME:CARLTON GREGORY
TITLE:MEMBER

** END OF REPORT **